CHARLES FRITZ, JR., complainant-respondent,

*v.*

MARGUARETHA FRITZ, defendant-appellant.

[Submitted July 8th, 1912. Decided November 18th, 1912.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Garrison, whose opinion is reported *ante p. 56.*

*Mr. J. Emil Walscheid,* for the appellant.

*Messrs. Tennant & Haight,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Garrison.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, VOORHEES, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE—13.

*For reversal*—None.